DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM NUNEZ-REYES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1542

[November 23, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502013CF011602A.

Michelle Walsh of Law Offices of Michelle Walsh, P.A., Miami, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN, and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***